IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LORENZO MONTANA,**

      Movant,

vs.                                                   **CIVIL  NO.  Civ 05-0079 LH/DJS**
                                                                   Criminal No.  01-1088 LH

**UNITED STATES OF AMERICA,**

      Respondent.

## ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

                                                                     HON. C. LEROY HANSEN
                                                                     UNITED STATES DISTRICT JUDGE